UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 11, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JASON DUANE ROGERS,

Defendant.

Case No. 2:15-CR-00131-07 TLN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release JASON DUANE ROGERS, Case No. 2:15-CR-00131-07 Charge 21 U.S.C. §§ 846 and 841(a)(1), from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ \_\_\_\_\_

\_\_\_\_\_ Unsecured Appearance Bond $ \_\_\_\_\_

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

__X__ (Other): Sentenced to TIME SERVED.

Issued at Sacramento, California on July 11, 2019 at 10:50 AM.

By: _____
District Judge Troy L. Nunley